

## LaRusso, Conway & Bartling
### ATTORNEYS AT LAW

August 31, 2020

*Filed Electronically*
Hon. Joanna Seybert
United States District Court Judge
United States District Court
Eastern District of New York Probation
100 Federal Plaza
Central Islip, New York 11787

      RE: United States v. Robert Kleehammer
          Docket No. CR-19-0597(JS)

Dear Judge Seybert:

    This letter is respectfully submitted on behalf of my client Robert Kleehammer, seeking the Court's permission to allow First Light Psychological to provide counsel with a clinical report of Mr. Kleehamer's weekly counseling session which he has been attending for the last seven months. Pursuant to my discussion with both Brian Manganaro of Pre-Trial Services, and Victoria Gonsalves who is treating him at First Light, that in order for them to write and provide a report of their counseling sessions, that a Court Order is required to do so. I seek this report in an attempt to have meaningful plea discussions with the United States Attorney in hopes of reaching a reasonable disposition in this matter. Mr. Kleehammer has already consented to the report being made available to counsel.

Respectfully submitted,

Joseph R. Conway

cc:    AUSA Megan E. Farrell
        Brian Manganaro Pre-Trial Services

APPLICATION GRANTED.

SO ORDERED.

Dated: September 2, 2020
       Central Islip, New York

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J

300 Old Country Road
Suite 341
Mineola, New York 11501

Telephone (516) 248-3520
Facsimile (516) 248-3522
www.larussoandconway.com

1