UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 16 2021 ★
LONG ISLAND OFFICE

-------------------------------------------------X
UNITED STATES OF AMERICA

-against-

Robert Kleehammer

**Defendant**

-------------------------------------------------X

**STANDARD PLEA FORM**

19 -CR- 597 (JS)

THE DEFENDANT IS OBLIGATED TO READ AND COMPLETE

THE QUESTIONS AS SET FORTH BELOW.

THE GOVERNMENT MUST FIRST ANSWER QUESTIONS <u>25</u>, <u>26</u>, <u>27</u> and <u>52</u>

BEFORE THE DEFENDANT FILLS OUT THIS PLEA FORM.

**TO THE DEFENDANT:**

(1) Before accepting your plea, there are a number of questions I must ask to assure that it is a valid plea. If you do not understand any of my questions, please say so and I will reword the question.

(2) The Courtroom Deputy will swear the defendant.

(3) Do you understand that, having been sworn, your answers to my questions will be subject to the penalties of perjury or of making a false statement if you do not answer truthfully?

YES ✓   NO ___

(4) What is your full name?

Robert James Kleehammer

(5) How old are you?

77

- 1 -

(6) Are you a citizen of the United States? (*If you are NOT a citizen, answer questions 6A and 6B.*)

YES ✓ NO ____

(6A) Have you discussed with your counsel whether your guilty plea will have any effect on your ability to remain in this country?

YES ✓ NO ____

(6B) Are you satisfied that you understand the effect that a guilty plea in this case may have on your right to remain in this country after any sentence is served?

YES ____ NO ____

(7) What is the highest schooling or education you have had?

_____ Masters in Physics _____

(8) Are you presently or have you been recently under the care of a physician or psychiatrist?

YES ✓ NO ____

(9) In the past 24 hours, have you taken any narcotic drugs, medicine or pills or drunk any alcoholic beverage?

YES ✓ NO ____

(10) Have you ever been hospitalized or treated for narcotic addiction?

YES ____ NO ✓

(11) Is your mind clear?

YES ✓ NO ____

(12) Do you understand what is going on here during this proceeding?

YES ✓ NO ____

**TO DEFENSE COUNSEL:**

(13) Have you discussed this matter with your client?

YES ✓ NO ____

-2-

(14) Does he/she understand the rights he/she would be waiving by pleading guilty?

YES _✓_ NO _____

(15) Is he/she capable of understanding the nature of these proceedings?

YES _✓_ NO _____

(16) Do you have any doubt as to the defendant's competency to plead at this time?

YES _____ NO _✓_

**TO THE DEFENDANT:**

(17) You have a right to plead not guilty.

Do you understand?

YES _✓_ NO _____

(18) If you plead not guilty, under the constitution and laws of the United States, you are entitled to a speedy and public trial by jury with the assistance of counsel on the charges.

Do you understand?

YES _✓_ NO _____

(19) At the trial, you would be presumed to be innocent. The Government would have to overcome that presumption and prove you guilty by competent evidence and beyond a reasonable doubt. You would not have to prove that you are innocent. If the Government failed, the jury would have the duty to find you not guilty.

Do you understand?

YES _✓_ NO _____

(20) In the course of the trial, witnesses for the Government will have to come to court and testify in your presence and your counsel will have the right to cross-examine them and object to evidence offered by the Government and to offer evidence on your behalf.

Do you understand?

YES _✓_ NO _____

(21) At the trial, while you would have the right to testify if you choose to do so, you will not be required to testify. Under the Constitution of the United States, you cannot be compelled to incriminate yourself. If you decided not to testify, the Court would instruct the jury that they could not hold that against you.

Do you understand?

YES ✓ NO ____

(22) If you plead guilty, and if I accept the plea, you will be giving up your constitutional rights to a trial and the other rights I have just discussed. There will be no further trial of any kind and no right to appeal, or collaterally attack, the question of whether you are guilty or not. A judgment of guilty will be entered based on your guilty plea and that judgment can never be challenged. However, you may have the right to appeal with respect to the sentence imposed.

Do you understand?

YES ✓ NO ____

(23) If you plead guilty, I will have to ask you questions about what you did to satisfy myself that you are guilty of the charge(s) to which you seek to plead guilty. You will have to answer my questions and acknowledge your guilt; thus, you will be giving up your right not to incriminate yourself.

Do you understand?

YES ✓ NO ____

(24) Are you willing to give up your right to a trial and the other rights I have just discussed?

YES ✓ NO ____

**TO THE GOVERNMENT:**

(25) What agreement, if any, do you have concerning the plea and sentence?

*(Please print clearly and legibly.)*

plea to count 2.
guidelines 97-121 months with acceptance points

(26) List whether there is any waiver of appeal, or other waiver of rights included in the plea agreement: *(Please print clearly and legibly.)*

- yes - if sentence is less than 135 months.
- defendant waives all defenses based on statute of limitations & venue
- def. waives right to additional discovery.

(27) List the elements of the crime charged in the (Superseding) Indictment/Information:

*(Please print clearly and legibly.)*

① knowingly + intentionally possess images
② depicting actual minor engaged in sexually explicit conduct.
③ images were transported in interstate commerce

**TO THE DEFENDANT:**

(28) Are you aware of the elements of the crime which you are charged and which you are to plead guilty to?

YES ✓ NO ____

(29) Have you discussed with your counsel the charge(s) and the (Superseding) Indictment/Information to which you intend to plead guilty?

YES ✓ NO ____

(30) Do you understand the charge(s) in the (Superseding) Indictment/Information which you are pleading guilty to?

YES ✓ NO ____

(31) Do you know the maximum sentence and any fines I might impose on each of the charges to which you are seeking to plead guilty to?

YES ✓ NO ____

(32) The maximum possible penalty under count __2__ is __20__ months/**years** imprisonment, plus a fine of $ __250,000.00__. *(If there are more than one count to which the defendant intends to plea, please answer (32A and 32B), as needed.)*

    (32A) The maximum possible penalty under count _____ is _____ months/years imprisonment, plus a fine of $_____.

    (32B) The maximum possible penalty under count _____ is _____ months/years imprisonment, plus a fine of $_____.

(33) Do you realize that there is a $100 Special Assessment fine for each count? Corporate defendant(s) have a $400.00 Special Assessment fine for each count.

YES ✓ NO ____

(34) Do you realize that the Court may order Restitution to be paid to any victims of the crime?

YES ✓ NO ____

(35) Do you realize that if any time of imprisonment is imposed, a period of __5__ years of Supervised Release must be imposed to follow?

YES _✓_ NO _____

(36) Have you discussed the Sentencing Guidelines with your attorney?

YES _✓_ NO _____

(37) Do you understand that the Sentencing Guidelines are not mandatory, but that in sentencing, the Court is required to consider the applicable guideline range along with the statutory factors listed in **18 U.S.C. § 3553(a)**, and that the Court will consider the nature and circumstances of the offence and your criminal history?

YES _✓_ NO _____

(38) I will now read the statutory factors listed in **18 U.S.C. § 3553(a)**:

The court must impose a sentence sufficient, but not greater than necessary:

1 a) to reflect the seriousness of the offense,

b) to promote respect for the law, and

c) to provide just punishment for the offense;

2) to afford deterrence as to other criminal conduct; and

3) to protect the public from further crimes by you.

At sentencing, the Court must also consider your cooperation if the Government submits a 5K1.1 letter.

(39) Has your attorney explained these factors listed in **18 U.S.C. § 3553(a)**?

YES _✓_ NO _____

(40) Do you realize that if the sentence is more severe than you expected, you will be bound by your guilty plea and will not be permitted to withdraw it?

YES _✓_ NO _____

(41) Do you have any questions you would like to ask me about the charge(s), your rights, or anything else relating to this matter?

YES _____ NO __✓__

(42) Are you ready to plead?

YES __✓__ NO _____

## TO DEFENSE COUNSEL:

(43) Do you know any legal reason why your client should not plead guilty?

YES _____ NO __✓__

## TO THE DEFENDANT:

(44) Are you satisfied with your legal representation up until this point?

YES __✓__ NO _____

(45) Do you believe your lawyer has done a good job?

YES __✓__ NO _____

(46) What is your plea?

GUILTY __✓__ NOT GUILTY _____

(47) Are you making the plea of guilty voluntarily and of your own free will?

YES __✓__ NO _____

(48) Has anyone threatened or forced you to plead guilty?

YES _____ NO __✓__

(49) Other than the agreement with the Government as stated on the record, has anyone made any promises that caused you to plead guilty?

YES _____ NO __✓__

(50) Has anyone made any promise to you as to what your sentence will be?

YES _____ NO __✓__

(51) Describe in your own words what you did in connection with the acts charged in count(s) ___2___ of the (Superseding) Indictment/Information in which you are pleading guilty:

*(Please print clearly and legibly.)*

On or about September 19, 2019, within the Eastern District of New York, I did knowingly and intentionally possess more than 3 images depicting actual minors engaged in sexually explicit conduct. Which were stored on my apple hard drive, + which had been transported to me in interstate commerce, and specifically via the internet.

(52) The Government will now outline their proof of the crime charged in the (Superseding) Indictment/Information: *(Please print clearly and legibly.)*

- forensic evidence from defendant's apple hard drive - including images of child pornography obtained from it.
- defendant's statement post-arrest, admitting to possessing child pornography.

-9-

(53) Based upon the information given to me, I find the defendant is acting voluntarily, fully understands his/her rights and the consequences of his/her plea and that there is a factual basis for the plea. I, therefore, accept the plea of guilty to count(s) _2_ of the (Superseding) (Indictment)/Information.

**SIGNATURE:**

_Robert Kleehammer_
*(Defendant)*

ROBERT KLEEHAMMER
*(Defendant – Printed Name)*

_[signature]_
*(Counsel)*

_Nancy Bartling_
*(Counsel – Printed Name)*

**Address:**
300 Old Country Rd
Suite 341 Mineola NY 11501

**Phone:** 516 248 3520

Revised: 12/14/2020