# The Law Offices of
# Nancy L. Bartling, PLLC

September 30, 2021

Filed ECF
The Hon. Joanna Seybert
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, N.Y. 11722

    Re: United States v. Robert Kleehammer
        Criminal Docket No. CR-19-597(JS)

Dear Judge Seybert:

    Please accept this letter respectfully requesting an adjournment of my client Robert Kleehammer's upcoming sentencing which is currently scheduled for October 22, 2021. We have not received the Pre-Sentence Report and once received additional time is needed to properly review the report. We respectfully request one of the following dates: January 28, February 4, February 11 or a date and time more convenient to the Court. I have been in contact with Assistant United States Attorney Megan Farrell who has consented to our request.

    Thank you very much for your consideration of this application.

                                            Respectfully submitted,

                                            Nancy L. Bartling

Cc:    AUSA Megan Farrell
        (via Email)

666 Old Country Road • Suite 501 • Garden City, New York 11530 • Phone: 516-248-3520
nancy@bartlingesq.com