# The Law Offices of
# Nancy L. Bartling, PLLC

January 10, 2022

<u>Filed ECF</u>
The Hon. Joanna Seybert
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, N.Y. 11722

      Re: United States v. Robert Kleehammer
         <u>Criminal Docket No. CR-19-597(JS)</u>

Dear Judge Seybert:

    Please accept this letter respectfully requesting an adjournment of my client Robert Kleehammer's upcoming sentencing which is currently scheduled for January 28, 2022. We have not received the Pre-Sentence Report and once received additional time is needed to properly review the report. We respectfully request an adjournment to one of the following requested dates: March 2, 3, 4 or a date and time convenient to the Court. I have been in contact with Assistant United States Attorney Megan Farrell who has consented to our request.

    Thank you very much for your consideration of this application.

                                                        Respectfully submitted,

                                                        Nancy L. Bartling

Cc:    AUSA Megan Farrell
        (via ECF)