# The Law Offices of
# Nancy L. Bartling, PLLC

February 14, 2022

<u>Filed ECF</u>
The Hon. Joanna Seybert
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, N.Y. 11722

      Re: United States v. Robert Kleehammer
          <u>Criminal Docket No. CR-19-597(JS)</u>

Dear Judge Seybert:

      Please accept this letter respectfully requesting an adjournment of my client Robert Kleehammer's upcoming sentencing which is currently scheduled for March 2, 2022. We expect to receive the Pre-Sentence Report this week and once received, additional time is needed to properly review the report. We respectfully request an adjournment to one of the following requested dates: May 16, 23, 25 or a date and time convenient to the Court. I have been in contact with Assistant United States Attorney Megan Farrell who has consented to our request.

      Thank you very much for your consideration of this application.

                                           Respectfully submitted,

                                           Nancy L. Bartling

cc:    AUSA Megan Farrell
       (via ECF)

666 Old Country Road • Suite 501 • Garden City, New York 11530 • Phone: 516-248-3520
nancy@bartlingesq.com