

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:MMO
F. #2019R01255

*610 Federal Plaza*
*Central Islip, New York 11722*

May 23, 2022

By ECF
The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Robert Kleehammer
                Criminal Docket No. 19-597 (JS)

Dear Judge Seybert:

      The government respectfully submits for the Court's approval the enclosed Final Order of Forfeiture (the "Final Order") against defendant, Robert Kleehammer, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

      Pursuant to the terms of the Preliminary Order of Forfeiture entered on or about October 21, 2021 (*see* Docket Entry No. 29), the United States was directed to judicially seize and commence publication as to the seized asset described therein. Publication was completed on February 23, 2022. *See* Docket Entry no. 33 (Declaration of Publication). No third-party claims have been filed and the time to do so has expired.

Therefore, the government respectfully requests that the Court "so order" the enclosed Final Order in accordance with Fed. R. Crim. P. 32.2(b)(2)(A), that is be orally pronounced as part of the Court's sentencing of the defendant, and attached to the Judgment of Conviction.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/ Madeline O'Connor
Madeline O'Connor
Assistant U.S. Attorney
(631) 715-7870

Encl.: Final Order of Forfeiture
cc:    Counsel of Record (by ECF)