FR:MMO
F. #2019R01255

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – –X

| | |
|---|---|
| UNITED STATES OF AMERICA, | <u>FINAL ORDER OF FORFEITURE</u> |
| - against - | 19-CR-597 (JS) |
| ROBERT KLEEHAMMER, | |
| Defendant. | |

– – – – – – – – – – – – – – – –X

WHEREAS, on or about April 16, 2021, Robert Kleehammer (the "defendant"), entered a plea of guilty to Count Two of the above-captioned Indictment, charging a violation of 18 U.S.C. § 2252(a)(4)(B);

WHEREAS, on October 21, 2021, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that all right, title and interest in one white Apple hard-drive seized on or about September 19, 2019 from the defendant's residence in Huntington, New York (the "Seized Asset"), is forfeitable to the United States, pursuant to 18 U.S.C. § 2253(a), as: (a) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18, United States, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses of conviction; (c) property, real or personal used or intended to be used to commit or to promote the

commission of the offenses of conviction or any property traceable to such property, and/or (d) substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning January 25, 2022, through and including February 23, 2022 (Docket no. 33); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Asset and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 2253(a) and 2253(b), and 21 U.S.C. § 853(p), and the Preliminary Order, all right, title, and interest in the Seized Asset is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Asset in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order, and the Final Order of Forfeiture shall be made part of the defendant's sentence and included in the judgment of conviction.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail two (2) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: FSA Law Clerk, Beth Ann Bentley, 610 Federal Plaza, Central Islip, New York 11722.

Dated: Central Islip, New York
_____, 2022

SO ORDERED:

_____
HONORABLE JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

*United States v. Robert Kleehammer*
19-CR-597 (JS)     Final Order of Forfeiture     Page 3