U.S. Department of Justice

United States Attorney
Eastern District of New York

MEF
F. #2019R00857

610 Federal Plaza
Central Islip, New York 11722

June 28, 2022

By ECF

Honorable Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Robert Kleehammer
                Criminal Docket No. 19-597 (JS)

Dear Judge Seybert,

      The government respectfully submits this letter in regard to restitution in the above-referenced case. On May 23, 2022, this Court sentenced the defendant and ordered that restitution shall be paid in an amount to be determined. ECF No. 40. Thereafter, the defendant and representatives for the two identified victims in this matter reached an agreement as to the amounts to be paid by the defendant. Attached hereto is a proposed order (the "Order") that reflects that agreement, which the government respectfully requests be included with the Judgment. Counsel has already been provided a copy of the Order and consents to its entry. As stated in the Order, the government asks that Exhibit A thereto be maintained under seal as it has identifying information for victims.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/
      Megan E. Farrell
      Assistant U.S. Attorney
      (631) 715-7862

cc:    Counsel for the defendant, by ECF
       U.S. Probation Officer Lisa Langone